# IN THE SUPREME COURT OF TEXAS

No. 15-0546

### C.S.F., PETITIONER

V.

## TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, RESPONDENT

ON MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REVIEW

**ORDER**

1.      This case is **ABATED**.  The case is removed from the Court's active docket until further order of this Court.

Done at the City of Austin, this 31st day of July, 2015.

*Blake A. Hawthorne*

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Claudia Jenks, Chief Deputy Clerk